UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| K.C.T., minor by her mother, | ) | |
| MARY J. WILLIAMS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:11-cv-1341-TAB-RLY |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| Commissioner of Social Security, | ) | |
|     Defendant. | ) | |

## JUDGMENT

The Court, having found in favor of Defendant Michael Astrue and against Plaintiff Mary Williams, enters judgment in favor of Defendant and against Plaintiff. Accordingly, the decision of the Commissioner is affirmed.

DATED:  03/11/2013

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Patrick Harold Mulvany
patrick@mulvanylaw.com